## UNITED STATES DISTRICT COURT
## DISTRICT OF SOUTH CAROLINA
## CHARLESTON DIVISION

| | |
|---|---|
| FORTRA LLC and ECRIME MANAGEMENT STRATEGIES, INC. d/b/a PHISHLABS,<br><br>    Plaintiffs,<br><br>    v.<br><br>DOPPEL INC. and PATRICK LELAND,<br><br>    Defendants. | Case No.: 2:25-cv-03783-DCN |

## SUMMONS RETURNED EXECUTED

Service of the Summons, Complaint, Exhibits 1-12, and Plaintiff's Answers to Local Civil Rule 26.01 Interrogatories was made on Defendant Doppel Inc. on the 6th day of May, 2025 as evidenced by the attached Proof of Service.

Respectfully submitted this 29th day of May 2025.

                                              OGLETREE, DEAKINS, NASH, SMOAK
                                                 & STEWART, P.C.

                                                 *s/ Michael Oliver Eckard*
                                                 Michael Oliver Eckard (Fed. ID # 12055)
                                                 211 King Street, Suite 200
                                                 Charleston, SC  29401
                                                 Phone:  843.853.1300
                                                 Facsimile:  843.853.9992
                                                 michael.eckard@ogletree.com

                                                 *Attorneys for Plaintiff*