AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:25-CV-03783-DCN

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This summons for *(name of individual and title, if any)* DOPPEL INC.

was received by me on *(date)* 05/06/2025

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____, or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* CORPORATION SERVICE COMPANY AS REGISTERED AGENT, ACCEPTED BY: LYNANNE GARES (MANAGING AGENT EMPLOYED BY REGISTERED AGENT), who is designated by law to accept service of process on behalf of *(name of organization)* DOPPEL INC. 251 LITTLE FALLS DRIVE, WILMINGTON, DE 19808 on *(date)* 05/06/2025 AT 3:05 PM

☐ I returned the summons unexecuted because _____, or

☐ Other *(specify)*: _____

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date: 05/06/2025

*Server's signature*

GILBERT DEL VALLE    PROCESS SERVER
*Printed name and title*

BRANDYWINE PROCESS SERVERS, LTD., PO BOX 1360, WILMINGTON, DE 19899
*Server's address*

Additional information regarding attempted service, etc:

SERVED SUMMONS IN A CIVIL ACTION; COMPLAINT WITH JURY TRIAL REQUESTED; EXHIBITS 1-12; PLAINTIFF'S ANSWER TO LOCAL CIVIL RULE 26.01 INTERROGATORIES;