**MICHAEL UNITED STATES DISTRICT COURT**
**DISTRICT OF SOUTH CAROLINA**
**CHARLESTON DIVISION**

| | |
|---|---|
| FORTRA LLC and ECRIME MANAGEMENT STRATEGIES, INC. d/b/a PHISHLABS,<br><br>      Plaintiffs,<br><br>      v.<br><br>DOPPEL INC. and PATRICK LELAND,<br><br>      Defendants. | Case No.: 2:25-cv-03783-DCN |

**SUMMONS RETURNED EXECUTED**

Service of the Summons, Complaint, Exhibits 1-12, and Plaintiff's Answers to Local Civil Rule 26.01 Interrogatories was made on Defendant Patrick Leland on the 14th day of May, 2025 as evidenced by the attached Proof of Service.

Respectfully submitted this 29th day of May 2025.

                                                    OGLETREE, DEAKINS, NASH, SMOAK
                                                        & STEWART, P.C.

                                                      *s/ Michael Oliver Eckard*
                                                      Michael Oliver Eckard (Fed. ID # 12055)
                                                      211 King Street, Suite 200
                                                      Charleston, SC  29401
                                                      Phone:  843.853.1300
                                                      Facsimile:  843.853.9992
                                                      michael.eckard@ogletree.com

                                                      *Attorneys for Plaintiff*