## AFFIDAVIT OF SERVICE

State of South Carolina     County of Charleston     District Court

Case Number: 2:25-CV-03783-DCN

Plaintiff:
**FORTRA LLC and ECRIME MANAGEMENT STRATEGIES INC. d/b/a PHISHLABS**

vs.

Defendant:
**DOPPEL INC. and PATRICK LELAND**

For:
Michael Oliver Eckard
Ogletree Deakins Nash Smoak & Stewart, P.C.
211 King St., Suite 200
Charleston, SC 29401

Received by PROCESS SERVICE, INC. to be served on **PATRICK LELAND, 4495 CASHIERS LANE, NORTH CHARLESTON, SC 29405**.

I, John R. Gamble, being duly sworn, depose and say that on the **14th day of May, 2025** at 11:55 am, I:

**PERSONALLY** served by delivering a true copy of the **SUMMONS, COMPLAINT (JURY TRIAL REQUESTED), EXHIBITS 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, PLAINTIFF'S ANSWER TO LOCAL CIVIL RULE 26.01 INTERROGATORIES** to: **PATRICK LELAND** at the address of: **4495 CASHIERS LANE, NORTH CHARLESTON, SC 29405**.

**Description** of Person Served: Age: 33, Sex: M, Race/Skin Color: WHITE, Height: 6'0", Weight: 180, Hair: RED/BLONDE, Glasses: Y

I am over eighteen and have no interest in the above action.

John R. Gamble
PROCESS SERVER

Subscribed and Sworn to before me on the 14th day of May, 2025 by the affiant who is personally known to me.

NOTARY PUBLIC

PRINTED SIGNATURE

Commission Expires:
June 3, 2031

PROCESS SERVICE, INC.
P.O. Box 20097
Charleston, SC 29413
(843) 577-2355

Our Job Serial Number: LEX-2025001188

Copyright © 1992-2025 DreamBuilt Software, Inc. - Process Server's Toolbox V9.0b

PROCESS SERVICE, INC.
P.O. Box 20097
Charleston, SC 29413
Phone: (843) 577-2355
Fax: (843) 577-5024
Fed Id: 57-1036154

**INVOICE**

Invoice #LEX-2025001188
5/14/2025

Michael Oliver Eckard
Ogletree Deakins Nash Smoak & Stewart, P.C.
211 King St., Suite 200
Charleston, SC 29401

**Case Number: Charleston 2:25-CV-03783-DCN**

Plaintiff:
**FORTRA LLC and ECRIME MANAGEMENT STRATEGIES INC. d/b/a PHISHLABS**

Defendant:
**DOPPEL INC. and PATRICK LELAND**

Served: 5/14/2025 11:55 am
To be served on: PATRICK LELAND

## ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Rush Fee | 1.00 | 50.00 | 50.00 |
| Service Fee (Standard Service Fee) | 1.00 | 125.00 | 125.00 |
| **TOTAL CHARGED:** | | | **$175.00** |

**BALANCE DUE:** $175.00

Please note, starting February 2025, our standard Service Fee will increase to $125.00. Our Rush Fee will be an additional $75. We appreciate your continued business.

Due upon receipt-Past Due after 30 days.
5% late charge per month on overdue accounts.
Please take note of our new mailing and email addresses. They are P.O. Box 20097, Charleston, SC 29413 and processserviceinc@gmail.com