UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
(Charleston Division)

| | |
|---|---|
| FORTRA LLC and ECRIME MANAGEMENT STRATEGIES INC., d/b/a PHISHLABS,<br><br>                Plaintiffs,<br><br>        v.<br><br>DOPPEL INC. and PATRICK LELAND,<br><br>                Defendants. | C/A No.: 2:25-cv-03783-DCN<br><br>**Motion in Support of**<br>***Pro Hac Vice* Application**<br>**Catherine Y. Lui** |

The undersigned local counsel hereby moves, together with the attached Application and Affidavit, that <u>Catherine Y. Lui</u> be admitted *pro hac vice* in the above-captioned case as associate counsel. As local counsel, I understand that:

1. I will personally sign and include my District of South Carolina federal bar attorney identification number on each pleading, motion, discovery procedure, or other document that I serve or file in this court; and

2. All pleadings and other documents that I file in this case will contain my name, firm name, address, and phone number and those of my associate counsel admitted *pro hac vice*; and

3. Service of all pleadings and notices as required shall be sufficient if served upon me, and it is my responsibility to serve my associate counsel admitted *pro hac vice*; and

4. Unless excused by the court, I will be present at all pretrial conferences, hearings, and trials and may attend discovery proceedings. I will be prepared to actively participate if necessary.

5. Certification of Consultation (Local Civil Rule 7.02).

    ☒ Prior to filing this Motion, I conferred with opposing counsel who has indicated the following position as to this Motion: ☐ will likely oppose; ☒ does not intend to oppose

    ☐ Prior to filing this Motion, I attempted to confer with opposing counsel but was unable to do so for the following reason(s):
    _____
    _____

    ☐ No duty of consultation is required because the opposing party is proceeding pro se.

**Local Counsel for Defendant Doppel Inc.**

*s/John P. Linton, Jr.*
John P. Linton, Jr.
Federal Bar Number 11089
WALKER GRESSETTE & LINTON, LLC
P.O. Box Drawer 22167
Charleston, SC 29413
(843) 727-2252
Linton@wglfirm.com

Charleston, South Carolina
June 19, 2025