**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**
**(Charleston Division)**

| | |
|---|---|
| FORTRA LLC and ECRIME MANAGEMENT STRATEGIES INC., d/b/a PHISHLABS,<br><br>        Plaintiffs,<br><br>   v.<br><br>DOPPEL INC. and PATRICK LELAND,<br><br>        Defendants. | C/A No.: 2:25-cv-03783-DCN<br><br>**LOCAL RULE 26.01 ANSWERS TO INTERROGATORIES** |

TO:    OGLETREEE, DEAKINS, NASH, SMOAK & STEWART, P.C., ATTORNEYS FOR THE PLAINTIFFS:

Pursuant to Rule 26.01 of the Local Civil Rules for the United States District Court, District of South Carolina, Defendant, Doppel, Inc. ("the Defendant"), by its undersigned attorneys, hereby submits the following interrogatory responses:

(A)    State the full name, address and telephone number of all persons or legal entities who may have a subrogation interest in each claim and state the basis and extent of said interest.

**ANSWER:**   **The Defendant is not currently aware of any persons or entities with a subrogation interest in any claim.**

(B)    As to each claim, state whether it should be tried jury or nonjury and why.

**ANSWER:**   **Plaintiffs' Amended Complaint includes both legal and equitable claims. Plaintiffs have demanded a jury trial, as has this Defendant. Therefore, all claims triable to a jury should be tried to a jury.**

(C)    State whether the party submitting these responses is a publicly owned company and separately identify (1) any parent corporation and any publicly held corporation owning ten

- 1 -

percent (10%) or more of the party's stock; (2) each publicly owned company of which it is a parent; and (3) each publicly owned company in which the party owns ten percent (10%) or more of the outstanding shares.

**ANSWER:** **The Defendant is a privately owned company, with (A) no parent corporation or publicly held corporation holding 10% or more of its stock; (B) no parental ownership of any publicly owned companies; and (C) no ownership of 10% or more in a public company's outstanding shares.**

(D)     State the basis for asserting the claim in the division in which it was filed (or the basis of any challenge to the appropriateness of the division). See Local Civ. Rule 3.01 (D.S.C.).

**ANSWER:** **The Defendant does not dispute under Local Rule 3.01 that Charleston Division is the appropriate division assignment based on the residency of Co-Defendant Patrick Leland.**

(E)     Is this action related in whole or in part to any other matter filed in this district, whether civil or criminal? If so, provide (1) a short caption and the full case number of the related action; (2) an explanation of how the matters are related; and (3) a statement of the status of the related action. Counsel should disclose any cases that may be related regardless of whether they are still pending. Whether cases are related such that they should be assigned to a single judge will be determined by the clerk of court based on a determination of whether the cases arise from the same or identical transactions, happenings, or events; involve the identical parties or property; or for any other reason would entail substantial duplication of labor if heard by different judges.

**ANSWER:** **No, not to the Defendant's knowledge.**

(F) [Defendants only.] If the defendant is improperly identified, give the proper identification and state whether counsel will accept service of an amended summons and pleading reflecting the correct identification.

**ANSWER:    Defendant is identified properly.**

(G)    [Defendants only.] If you contend that some other person or legal entity is, in whole or in part, liable to you or the party asserting a claim against you in this matter, identify such person or entity and describe the basis of said liability.

**ANSWER:    This Defendant has not asserted any counterclaims, cross-claims or third-party claims at this time.  This Defendant is investigating this matter and reserves the right to supplement this response as discovery progresses.**

(H)    Parties or Intervenors in a Diversity Case. In an action in which jurisdiction is based on diversity under 28 U.S.C. § 1332(a), a party or intervenor must, unless the court orders otherwise, name – and identify the citizenship of – every individual or entity whose citizenship is attributed to that party or intervenor. This response must be supplemented when any later event occurs that could affect the court's jurisdiction under § 1332(a).

**ANSWER:    Not applicable.**

The Defendant specifically reserve the right to supplement and/or change its Answers to these Interrogatories as discovery progresses in this case.

Dated: July 25, 2025

*s/John P. Linton, Jr.*

John P. Linton, Jr. (Fed ID# 11089)
Email: Linton@wglfirm.com
Direct: (843) 727-2252
**WALKER GRESSETTE & LINTON, LLC**
Mail: P.O. Drawer 22167, Charleston, SC 29413
Office: 66 Hasell Street, Charleston, SC 29401
Phone: (843) 727-2200

Clement Roberts (Pro Hac Vice to be applied)
Email: croberts@orrick.com
Catherine Y. Lui, (Pro Hac Vice)
Email: clui@orrick.com
Reese Oñate (Pro Hac Vice)
Email: ronate@orrick.com
**ORRICK, HERRINGTON & SUTCLIFFE LLP**
The Orrick Building
405 Howard Street
San Francisco, CA  94105-2669
Telephone:    +1 415 773 5700
Facsimile:    +1 415 773 5759

Attorneys for Defendant
DOPPEL INC.